## Nicholas Z. Konstant, Appellee, v. Gust Maggos, Appellant.

### Gen. No. 42,036.

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942; rehearing denied June 16, 1942. Adams, Emerson & Anderson and George A. Askounis, for appellant; Dudley R. Emerson and George A. Askounis, of counsel; Jetzinger & Quinn, for appellee. Opinion by PRESIDING JUSTICE McSURELY. ''Not to be published in full.''